IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 17-70 |
| JEFFREY ALLEN BURGESS | **[UNDER SEAL]** |

## MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Soo C. Song, Acting United States Attorney for the Western District of Pennsylvania, and Cindy K. Chung and Rachael L. Dizard, Assistant United States Attorneys for said district, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant JEFFREY ALLEN BURGESS, upon the grounds that an Indictment has been returned in the above-captioned criminal case charging the defendant with: Hate Crimes Prevention Act, in violation of Title 18, United States Code, Section 249(a)(1).

Recommended bond: $20,000.00 unsecured.

Respectfully submitted,

SOO C. SONG
Acting United States Attorney

By: _____
CINDY K. CHUNG
Assistant U.S. Attorney
PA ID No. 317227

By: _____
RACHAEL L. DIZARD
Assistant U.S. Attorney
PA ID No. 315482